

\* OCT 19 2005 \*

BROOKLYN OFFICE

THE CITY OF NEW YORK

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

STEPHEN KITZINGER
Phone: (212) 788-0849
Fax: (212) 788-8877
SKitzing@law.nyc.gov

October 7, 2005

**VIA FACSIMILE**

Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Application granted.

SO ORDERED

s/Robert Levy

10/7/05

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT

Re: <u>Roman v. City of New York, et al.</u>
   Case No. CV 99-4477 (JG)(ASC)

Dear Magistrate Judge Levy:

    I am the Assistant Corporation Counsel assigned to represent defendants in the above-referenced employment discrimination case. I write to request an adjournment of the settlement conference that was originally scheduled for October 11, 2005,[1] to November 15, 2005, at 2:00 p.m. This adjournment is necessary because defendant Luongo's deposition was only recently completed (I have not yet received a copy of the transcript) and I have not yet been able to discuss defendants' settlement position with the Comptroller or the Police Department. Plaintiffs' counsel consents to this application. Accordingly, I respectfully request that the settlement conference in the above-referenced case be adjourned to November 15, 2005, at 2:00 p.m., a date and time Your Honor's chambers has indicated is available and that the parties are also available.

Respectfully yours,

Stephen Kitzinger (SK 6328)
Assistant Corporation Counsel

cc: Christina Leonard (by fax)

---

[1] I understand that the Court's calendar indicates that this conference is currently scheduled for October 18, 2005.